THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Michelle Doris Jamieson R., Thomas Jerome R., and John Doe, Defendants,
 
 of whom Michelle Doris Jamieson R. is Appellant.
 In the Interests of:  Xizavier Malikh R., DOB-9/8/00; Elijah Da'Quea R., DOB-8/28/02; Jah'sim Artura R.[1], DOB-9/16/03
 
 
 

Appeal From Greenville County
 Stephen S. Bartlett, Family Court Judge
Unpublished Opinion No. 2007-UP-269
Submitted June 1, 2007  Filed June 5, 2007
AFFIRMED

 
 
 
 Bradford B. Easterling and Michelle Doris Jamieson R., both of Greenville, for Appellant.
 Harry L. Phillips, Jr., SCDSS, of Greenville, for Respondent.
 Chace Damon Campbell, of Greenville, for Guardian Ad Litem.
 
 
 

PER CURIAM: Michelle Doris Jamieson R. (Mother) appeals the family courts order terminating her parental rights to her minor children.  The family court found Mothers parental rights should be terminated because Mother: 1) willfully failed to support the children for a period of six months; and 2) failed to rehabilitate or to remedy the conditions which caused the removal of the children.  Additionally, the court found termination was in the best interest of the children.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.[2]
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1]   In order to protect the identities of the parties, we refer to them only by their first names and the last initial.
[2]  We decide this case without oral argument pursuant to Rule 215, SCACR.